# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| ANDRE D. STRINGER, | Case No. 2:23-cv-11829 |
| *Plaintiff,* | Paul D. Borman<br>United States District Judge |
| v. | |
| SUDHIR BHAMINI, et al., | Patricia T. Morris<br>United States Magistrate Judge |
| *Defendants.* | |

## ORDER GRANTING DEFENDANT SUDHIR BHAMINI'S MOTION TO STAY DISCOVERY (ECF No. 37)

Many of the affirmative defenses raised by the defendants involve threshold legal issues which the United States Supreme Court has directed be resolved prior to discovery taking place. *Harlow v Fitzgerald*, 457 U.S. 818 (1982); *Criss v City of Kent*, 867 F.2d 259, 261 (6th Cir. 1988); *Lovado v Keohane*, 992 F.2d 601 (6th Cir. 1993).

Accordingly, **IT IS ORDERED** that defendant Bhamini's motion is **GRANTED**. Discovery in this cause of action is **STAYED** pending resolution of the dispositive motion filed by the defendants. Should this case survive the dispositive motion, a scheduling order shall be issued.

Date: March 26, 2024

S/PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge