# EXHIBIT D

Declaration of Mandi Hollister

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| ANDRE STRINGER #220557, | NO. 2:23-cv-11829 |
| Plaintiff, | |
| v | HON. SUSAN K. DECLERCQ |
| SUDHIR BHAMINI, et al., | MAG. JUDGE PATRICIA T. MORRIS |
| Defendants. | |

| | |
|---|---|
| Andre Stringer #220557<br>*In Pro Per*<br>Gus Harrison Correct. Facility<br>2727 E. Beecher Rd.<br>Adrian, MI 49221 | John L. Thurber (P44989)<br>Assistant Attorney General<br>Attorney for MDOC Defs. Gilbert,<br>  Hollister, Landfair & Roach<br>Mich. Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>thurberj@michigan.gov |

## DECLARATION OF MANDI HOLLISTER

Mandi Hollister, being first duly sworn, deposes and says as follows:

1. I make this declaration based on personal knowledge, and, if called upon to testify, I can competently testify as to the matters contained herein.

2. I was employed by the Michigan Department of Corrections (MDOC) as a registered nurse (R.N.).

3. During the time frame referenced in the complaint, I was an R.N. at the Cotton Correctional Facility (JCF).

4. I no longer work for the MDOC.

5. The Plaintiff arrived at JCF on January 31, 2023, and left JCF on November 14, 2023.

6. I reviewed the Plaintiff's electronic medical records from January 31, 2023, to November 14, 2023.

7. I did not have any clinical encounters with the Plaintiff during that time.

8. My only involvement with the Plaintiff was to respond to grievance JCF-2023-04-0748-12I3 at Step I of the grievance process on April 28, 2023.

AFFIANT SAYS NOTHING FURTHER.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2025

*Mandi Hollister*
Mandi Hollister
Registered Nurse