# EXHIBIT E

Declaration of Sirena Landfair

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDRE STRINGER #220557,<br><br>　　Plaintiff,<br><br>v<br><br>SUDHIR BHAMINI, *et al.*,<br><br>　　Defendants. | NO. 2:23-cv-11829<br><br>HON. SUSAN K. DECLERCQ<br><br>MAG. JUDGE PATRICIA T. MORRIS |
| Andre Stringer #220557<br>*In Pro Per*<br>Gus Harrison Correct. Facility<br>2727 E. Beecher Rd.<br>Adrian, MI 49221 | John L. Thurber (P44989)<br>Assistant Attorney General<br>Attorney for MDOC Defs. Gilbert,<br>　Hollister, Landfair & Roach<br>Mich. Dept. of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>thurberj@michigan.gov |

## **DECLARATION OF SIRENA LANDFAIR**

Sirena Landfair, being first duly sworn, deposes and says as follows:

1. I make this declaration based on personal knowledge, and, if called upon to testify, I can competently testify as to the matters contained herein.

2. I am employed by the Michigan Department of Corrections (MDOC) as a Health Unit Manager (HUM) at the Cotton Correctional Facility (JCF).

3. I am a registered nurse (R.N.).

4. During the time frame referenced in the complaint, I was the HUM at JCF.

5. The Plaintiff arrived at the Cotton Correctional Facility (JCF) on January 31, 2023, and left JCF on November 14, 2023.

6. I reviewed the Plaintiff's electronic medical records from January 31, 2023, to November 14, 2023.

7. I did not have any clinical encounters with the Plaintiff during that time.

8. My only involvement with the Plaintiff was to review Mandi Hollister's response to grievance JCF-2023-04-0748-12I3 at Step I of the grievance process on April 28, 2023.

AFFIANT SAYS NOTHING FURTHER.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2025

Sirena Landfair
Health Unit Manager

2